## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

**USA v.** Scott Peter Coulier

**DISTRICT JUDGE:** Jane M. Beckering

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:25-cr-148-2 | 4/16/2026 | 11:04 AM - 11:58 AM | Grand Rapids | |

### APPEARANCES

Government: Ronald M. Stella

Defendant: Heath Michael Lynch

Counsel Designation: Retained

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ Arraignment:<br>__ mute __ nolo contendre<br>__ not guilty __ guilty<br>__ Final Pretrial Conference<br>__ Detention (waived __ )<br>__ Motion Hearing<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>✓ Sentencing<br>__ Trial<br>__ Other: _____ | __ Defendant's Rights<br>__ Waiver of Indictment<br>__ Other:<br>_____<br>_____<br><br>Court to Issue:<br>__ Order of Detention<br>__ Notice of Sentencing<br>__ Order Appointing Counsel<br>✓ Other:<br>Judgment | Charging Document:<br>__ Read __ Reading Waived<br>Guilty Plea to Count(s) _____<br>of the _____<br>Count(s) to be dismissed at sentencing:<br>_____<br><br>__ Presentence Report Ordered<br>__ Presentence Report Waived<br>__ Plea Accepted by the Court<br>__ Plea Taken under Advisement<br>__ No Written Plea Agreement |

### SENTENCING

Imprisonment: _____

Probation: 2 Years

Supervised Release: _____

Fine: $ 9,500.00

Restitution: $20,000.00

Special Assessment: $ 100.00

Plea Agreement Accepted: ✓ Yes __ No

Defendant informed of right to appeal: ✓ Yes __ No

Counsel informed of obligation to file appeal: ✓ Yes __ No

Conviction Information:
Date: 10/23/2025
By: Plea
As to Count (s): One

**ADDITIONAL INFORMATION:**

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| | $ |

**CASE TO BE:**

**TYPE OF HEARING:**

**Reporter/Recorder:** Genevieve Hamlin

**Case Manager:** R. Wolters