**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**
**CRIMINAL MINUTE SHEET**

**USA v.**   Michael Goff | **DISTRICT JUDGE:**   Jane M. Beckering

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:25-cr-148-1 | 4/16/2026 | 1:36 PM - 2:58 PM | Grand Rapids | |

### APPEARANCES

Government:
Ronald M. Stella

Defendant:
Peter Alan VanGelderen

Counsel Designation:
Retained

### TYPE OF HEARING

__ Arraignment:
 __ mute      __ nolo contendre
 __ not guilty      __ guilty
__ Final Pretrial Conference
__ Detention   (waived __ )
__ Motion Hearing
__ Revocation/SRV/PV
__ Bond Violation
__ Change of Plea
✓ Sentencing
__ Trial
__ Other: _____

### DOCUMENTS

__ Defendant's Rights
__ Waiver of Indictment
__ Other:
_____
_____

Court to Issue:
__ Order of Detention
__ Notice of Sentencing
__ Order Appointing Counsel
✓ Other:
Judgment _____

### CHANGE OF PLEA

Charging Document:
 __ Read      __ Reading Waived
Guilty Plea to Count(s) _____
of the _____

Count(s) to be dismissed at sentencing:
_____

__ Presentence Report Ordered
__ Presentence Report Waived
__ Plea Accepted by the Court
__ Plea Taken under Advisement
__ No Written Plea Agreement

### SENTENCING

Imprisonment:  18 Months
Probation: _____
Supervised Release: 2 Years
Fine: $ 15,000.00
Restitution: $72,894.63
Special Assessment: $ 100.00

Plea Agreement Accepted:  ✓ Yes __ No
Defendant informed of right to appeal:  ✓ Yes __ No
Counsel informed of obligation to file appeal:  ✓ Yes __ No
Conviction Information:
 Date:  10/23/2025
 By:  Plea
 As to Count (s):  One

**ADDITIONAL INFORMATION:**

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Self-Surrender as notified by US Marshal/BOP | $ |

| CASE TO BE: | TYPE OF HEARING: |
|---|---|
| **Reporter/Recorder:**   Genevieve Hamlin | **Case Manager:**   R. Wolters |